UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-392-MOC

| ASHLEY CASANOVA, | ) |  |
|---|---|---|
| Plaintiff, pro se, | ) | |
| vs. | ) | **ORDER** |
| PRESIDENT JOE BIDEN, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on initial review of Plaintiff's Amended Complaint.

## I. BACKGROUND AND DISCUSSION

Pro se Plaintiff Ashley Casanova filed this action on June 29, 2023, listing more than 25 individuals and organizations as Defendants. (Doc. No. 1 at 1). On July 14, 2023, the Court entered an Order requiring Plaintiff to file an Amended Complaint to clarify her legal claims. The Court noted that it could not determine from Plaintiff's rambling and incoherent complaint what claims she is alleging. The Court also required Plaintiff to amend her complaint to clarify and narrow her allegations to comply with Rule 8(a)(2).

Plaintiff filed an Amended Complaint on August 7, 2023, in which she adds several Defendants. Plaintiff's Amended Complaint suffers from the same fatal flaws as her original Complaint. It is non-sensical, frivolous, and incoherent. The Court will therefore dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's action is dismissed without prejudice as frivolous.

Signed: December 6, 2023

Max O. Cogburn Jr.
United States District Judge